O'HAGAN SPENCER LLP
Julian G. Senior (SBN 219098)
  E-mail: jsenior@ohaganspencer.com
Nicholas L. Secord (SBN 237398)
  E-mail: nsecord@ohaganspencer.com
509 N. Sepulveda Blvd. Suite 101
Manhattan Beach, CA  90266
Phone No.: (310) 374-8700
Fax No.: (310) 374-8777

Attorneys for Defendants
LTU LUFTTRANSPORT-UNTERNEHMEN GmbH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC BUSINESS CAPITAL CORPORATION, a California corporation, | CASE NO. **SACV08-713 CJC FMOx** |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER U.S.C. §1441(b) (DIVERSITY)** |
| vs. | |
| LTU LUFTTRANSPORT – UNTERNEHMEN GmbH and DOES 1 through 20, inclusive, | |
| Defendants. | |

Defendant, LTU LUFTTRANSPORT – UNTERNEHMEN GmbH ("LTU"), hereby removes this case from the Superior Court of California, County of Orange.  In support of this Removal, Defendant states:

///

///

1

1.     Plaintiff PACIFIC BUSINESS CAPITAL CORPORATION ("PBCC"), has filed a civil action in the Superior Court of California, County of Orange, against LTU and 20 unnamed "DOE" Defendants.

2.     The Complaint alleges that PBCC is a California citizen.  (A copy of the Summons and Complaint is attached as Exhibit "A").

3.     The Complaint alleges that LTU is an "entity organized and existing under the laws of the Federal Republic of Germany."

4.     None of the defendants are California citizens.

5.     The Complaint alleges and seeks recovery of damages of "at least the sum of $138,000."

6.     Accordingly, this Court has diversity jurisdiction over this claim pursuant to 28 U.S.C. § 1331.

7.     For purposes of removal, the citizenship of any "DOE" defendants shall be disregarded pursuant to 28 U.S.C. § 1441(a).

8.     This removal notice is timely filed as it is filed less than 30 days after LTU's receipt of the Complaint.  LTU does not, however, concede that it was properly served with process in the state court action and expressly reserves the right to object to the propriety of process or other jurisdictional matters.

9.     Therefore, removal of this case is proper pursuant to 28 U.S.C. § 1441.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOTICE OF REMOVAL

1        10.     Defendant LTU will promptly notify the Plaintiff and the Superior

2   Court of this removal as required by 28 U.S.C. § 1441(d).

3

4   DATED:  June **24**, 2008          O'HAGAN SPENCER LLP
                                        Julian G. Senior
5                                       Nicholas L. Secord

6                                              -and-

7                                       **Of Counsel:**

8                                       O'HAGAN SPENCER LLC
                                        Patrick J. Keating
9

10                                      By:

11                                          Julian G. Senior
                                        Attorneys for Defendants
12                                      LTU Lufttransport – Unternehmen GmbH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

EINGANG
RECHTSABTEILUNG

- 3 JUNI 2008

DECIDE
MAY 27 2008
HILLTOP AVIATION

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

LTU LUFTTRANSPORT - UNTERNEHMEN GmbH
and DOES 1 through 20, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

PACIFIC BUSINESS CAPITAL CORPORATION,
a California corporation

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 21 2008

ALAN SLATER, Clerk of the Court

BY ___N. DORFMAN___, DEPUTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted puede usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

30-2008

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso)* 00106938 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701

CENTRAL JUSTICE CENTER

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

BRUCE B. OSTERSTROM
BRUCE B. OSTERSTROM, A.P.C.
245 FISCHER AVENUE, SUITE A-1
COSTA MESA, CA 92626

(714) 241-1664 (&14) (66-2490)

**JUDGE CHARLES MARGINES**
**DEPT. C14**

DATE: MAY 21 2008          ALAN SLATER          Clerk, by      N. DORFMAN          , Deputy
*(Fecha)*                                         *(Secretaria)*                      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* LTU Lufttransport- Unternehmen GmbH

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412 20, 465

4

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BRUCE B. OSTERSTROM<br>BRUCE B. OSTERSTROM, A.P.C.<br>245 FISCHER AVENUE, SUITE A-1<br>COSTA MESA, CA 92626<br><br>TELEPHONE NO: (714) 241-1664   FAX NO: (&14) (66-2490<br>ATTORNEY FOR (Name): PACIFIC BUSINESS CAPITAL CORPORATION | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>MAY 21 2008<br><br>ALAN SLATER, Clerk of the Court<br><br>BY___N. DORFMAN___, DEPUTY<br><br>30-2008 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS: SANTA ANA, CA 92701
CITY AND ZIP CODE:
BRANCH NAME: CENTRAL JUSTICE CENTER

CASE NAME: PBCC v. LTU

| CIVIL CASE COVER SHEET<br>[X] Unlimited  [ ] Limited<br>(Amount  (Amount<br>demanded  demanded is<br>exceeds $25,000)  $25,000 or less) | Complex Case Designation<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER: 0 0 1 0 6 9 3 8 |
|---|---|---|
|  |  | JUDGE: **JUDGE CHARLES MARGINE**<br>**DEPT. C14** |

Items 1-6 below must be completed (see instructions on page 2).

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [X] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

**2.** This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
- a. [ ] Large number of separately represented parties
- b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
- c. [ ] Substantial amount of documentary evidence
- d. [ ] Large number of witnesses
- e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
- f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought (check all that apply): a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive

**4.** Number of causes of action (specify): 4

**5.** This case [ ] is  [x] is not  a class action suit.

**6.** If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: May 20, 2008

BRUCE B. OSTERSTROM
(TYPE OR PRINT NAME)  ►_____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal
Solutions
Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

5

1  Bruce B. Osterstrom [SBN 97778]
   BRUCE B. OSTERSTROM, A.P.C.
2  245 Fischer Avenue, Suite A-1
   Costa Mesa, California 92626
3  Telephone: (714) 241-1664
   Facsimile: (714) 966-2490
4  Email: bboapc@sbcglobal.net

5  Attorneys for Plaintiff
   PACIFIC BUSINESS CAPITAL CORPORATION
6

7

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**MAY 21 2008**

ALAN SLATER, Clerk of the Court

BY: _____ N. DORFMAN _____ DEPUTY

8              IN THE SUPERIOR COURT OF CALIFORNIA

9           COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

10

11                                              **30-2008**

12  **PACIFIC BUSINESS CAPITAL**           CASE NO.  **0 0 1 0 6 9 3 8**
    **CORPORATION, a California corporation;**
13                                          **UNLIMITED JURISDICTION**
                     **Plaintiff,**
14                                          **COMPLAINT FOR:**

15       v.
                                            1. **GOODS SOLD AND DELIVERED**
16  **LTU LUFTTRANSPORT –**                 2. **SERVICES RENDERED**
    **UNTERNEHMEN GmbH**                    3. **OPEN BOOK ACCOUNT**
17  and DOES 1 through 20, inclusive,       4. **ACCOUNT STATED**

18                   **Defendants.**

19  ─────────────────────────────          JUDGE CHARLES MARGINES
                                                   DEPT. C14
20     Plaintiff PACIFIC BUSINESS CAPITAL CORPORATION alleges:

21                     **GENERAL ALLEGATIONS**

22       1.      Plaintiff PACIFIC BUSINESS CAPITAL CORPORATION ("PBCC") was at all

23  times mentioned, and now is, a corporation organized and existing under the laws of the State of

24  California, with its principal place of business in the City of Costa Mesa, County of Orange, State

25  of California. PBCC is and, at all times mentioned herein, was a Finance Lender licensed by the

26  California Department of Corporations. Pursuant to a written assignment, PBCC is the assignee of

27  all of the accounts (within the meaning of Section 9102(a)(2) of the *Uniform Commercial Code*) of

28  GREENICK, INC. dba AIRWORKS, INC. ("Airworks"). The liability of Defendants, and each of

                              -1-

1  them, to PBCC, as alleged herein, is predicated on such assignment of accounts and, in some

2  instances, is based upon the liability created by Section 9406(a) of the *Uniform Commercial Code*.

3      2.    PBCC is informed and believes, and thereon alleges, that Defendant LTU

4  LUFTTRANSPORT - UNTERNEHMEN GmbH (hereinafter referred to as "LTU"), is and at all

5  times herein mentioned was, a entity organized and existing under the laws of the Federal Republic

6  of Germany.

7      3.    PBCC is informed and believes, and thereon alleges, that at all times herein

8  mentioned, the activities complained of and/or obligations sued upon herein arose and/or were to be

9  performed within this judicial district, and that Defendants, and each of them, are indebted to PBCC

10  on the obligations sued on herein.

11      4.    PBCC is ignorant of the true names and capacities of defendants sued herein as DOES

12  1 through 20, inclusive, and therefore sues these defendants by such fictitious names. PBCC will

13  amend this Complaint to allege their true names and capacities when ascertained. PBCC is informed

14  and believes, and thereon alleges, that each of the fictitiously named defendants is indebted to PBCC

15  as hereinafter alleged, and that PBCC's right against such fictitiously named defendants arises from

16  such indebtedness.

17      5.    Plaintiff alleges, on information and belief, that each of the defendants are, and at all

18  times relative to this action were, the agent of the others, and that each and every act alleged herein

19  was committed by such defendants, in course and scope of such defendant's agency or at the specific

20  request, direction or with the approval of the remaining defendants and each of them, and the acts

21  complained of herein were ratified by the remaining defendants. Plaintiff alleges, on information

22  and belief, that defendants, and each of them, including the Doe defendants, entered into a

23  conspiracy with one another to engage in each and all of the actions which are alleged herein and

24  each of the defendants are by virtue said conspiracy equally liable for all damages resulting from said

25  conspiracy and from each act undertaken pursuant thereto by any of the defendants herein.

26  ///

27  ///

28  ///

-2-
COMPLAINT

## FIRST CAUSE OF ACTION

## GOODS SOLD AND DELIVERED

### (Against All Defendants)

6.    PBCC incorporates herein by reference Paragraphs 1 through 5, as though fully set forth herein.

7.    Within the last four (4) years, Defendants, and each of them, became indebted to PBCC and/or its assignor, Airworks, for goods, wares, and merchandise sold and delivered to Defendants and for which Defendants, and each of them, promised to pay PBCC and/or its assignor, Airworks, the sum of not less than $138,000.00.

8.    Neither the whole nor any part of the above sum has been paid, notwithstanding that PBCC has demanded payment therefor, and there is now due, owing, and unpaid from Defendants, and each of them, to PBCC, the sum of not less than $138,000.00, together with prejudgment interest thereon, according to proof at trial.

## SECOND CAUSE OF ACTION

## SERVICES RENDERED

### (Against All Defendants)

9.    PBCC incorporates herein by reference Paragraphs 1 through 8, as though fully set forth herein.

10.    Within the last four years, Defendants, and each of them, became indebted to Plaintiff and/or its assignor, Airworks, in the agreed sum of not less than $138,000.00 for work, labor, and services rendered by Plaintiff's assignor at the special request of Defendants, and each of them.

11.    Neither the whole nor any part of the above sum has been paid, notwithstanding that demand has been made for payment, and there is now due, owing, unpaid from Defendants, and each of them, to Plaintiff at least the sum of $138,000.00, together with prejudgment interest thereon, according to proof at trial.

///
///
///

-3-

COMPLAINT

8

## THIRD CAUSE OF ACTION

## OPEN BOOK ACCOUNT

### (Against All Defendants)

12.    PBCC incorporates herein by reference Paragraphs 1 through 11, as though fully set forth herein.

13.    Within the last four years, Defendants, and each of them, became indebted to Plaintiff and/or its assignor, Airworks, in the agreed sum of not less than $138,000.00 on an open book account for money due.

14.    Neither the whole nor any part of the above sum has been paid, notwithstanding that demand has been made for payment, and there is now due, owing, unpaid from Defendants, and each of them, to Plaintiff at least the sum of $138,000.00, together with prejudgment interest thereon, according to proof at trial.

## FOURTH CAUSE OF ACTION

## ACCOUNT STATED

### (Against All Defendants)

15.    PBCC incorporates herein by reference Paragraphs 1 through 14, as though fully set forth herein.

16.    Within the last four years an account was stated in writing by and between PBCC and/or its assignor Airworks, on one hand, and Defendants, and each of them, on the other hand, wherein it was agreed that Defendants, and each of them, were indebted to PBCC, as assignee of Airworks, in the sum of not less than $138,000.00.

17.    Neither the whole nor any part of the above sum has been paid although demand therefor has been made, and there is now due, owing and unpaid the sum of at least $138,000.00, together with pre-judgment interest thereon, according to proof at trial.

///

///

///

///

-4-

COMPLAINT

9

## FIFTH CAUSE OF ACTION

## QUANTUM MERUIT

### (Against all Defendants)

18.     PBCC incorporates herein by reference Paragraphs 1 through 17, as though fully set forth herein.

19.     Within the last four years, Airworks, Plaintiff's assignor, provided work, labor and services at the special request of Defendants for which Defendants, and each of them, then and there promised to pay Plaintiff and/or its assignor, Airworks, the reasonable value of such services.

20.     At all times mentioned herein, the above services were and are of the reasonable value of not less than $138,000.00.

21.     Neither the whole nor any part of the above sum has been paid, notwithstanding that demand has been made for payment, and there is now due, owing, unpaid from Defendants, and each of them, to Plaintiff at least the sum of $138,000.00, together with prejudgment interest thereon, according to proof at trial.

## SIXTH CAUSE OF ACTION

## QUANTUM VALEBANT

### (Against all Defendants)

22.     PBCC incorporates herein by reference Paragraphs 1 through 21, as though fully set forth herein.

23.     Within the last four years, Airworks, Plaintiff's assignor, sold and delivered to Defendants, and each of them, certain goods at the special request of Defendants, the reasonable value of which Defendants, and each of them, then and there agreed to pay Plaintiff and/or its assignor, Airworks.

24.     At the time of the sale and delivery of the goods, the reasonable value of the goods was not less than $138,000.00.

WHEREFORE, PBCC prays for judgment against the Defendants, and each of them, as follows:

1.     For judgment against Defendants, and each of them, for the sum of at least

-5-

COMPLAINT

10

1  $138,000.00, plus pre-judgment interest thereon, all according to proof at trial;

2       2.    For reasonable attorney's fees, according to proof at trial;

3       3.    For costs of suit incurred; and

4       4.    For such other and further relief as the Court deems just and proper.

5

6  DATED: May 20, 2008

7                      BRUCE B. OSTERSTROM, A.P.C.

8

9                      By:

10                         BRUCE B. OSTERSTROM
                       Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

COMPLAINT

11

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

### NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):

**Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR Information Package along with the complaint and/or cross-complaint.**

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR Information Package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR.

(3) Information about the availability of local dispute resolution programs funded under the Dispute Resolutions Program Act (DRPA), in counties that are participating in the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b) A court may make the ADR Information Package available on its Web site as long as paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action along with the cross-complaint.

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

### ADR Information

**Introduction.**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

**BENEFITS OF ADR.**

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below.

**Save Time.** A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more.

**Save Money.** When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

**Increase Control Over the Process and the Outcome.** In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

**Preserve Relationships.** ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.

**Increase Satisfaction.** In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

**Improve Attorney-Client Relationships.** Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

**DISADVANTAGES OF ADR.**

ADR may not be suitable for every dispute.

**Loss of protections.** If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

**Less discovery.** There generally is less opportunity to find out about the other side's case with ADR than with litigation.   ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

**Additional costs.** The neutral may charge a fee for his or her services.  If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

**Effect of delays if the dispute is not resolved.**  Lawsuits must be brought within specified periods of time, known as statues of limitation.  Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

**Arbitration.** In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. *Nonbinding* arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

    **Cases for Which Arbitration May Be Appropriate.** Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

    **Cases for Which Arbitration May Not Be Appropriate.** If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Mediation.** In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

    **Cases for Which Mediation May Be Appropriate.**  Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

    **Cases for Which Mediation May Not Be Appropriate.**  Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Neutral Evaluation.**  In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

**Cases for Which Neutral Evaluation May Be Appropriate.** Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

**Cases for Which Neutral Evaluation May Not Be Appropriate.** Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences.** Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

**ADDITIONAL INFORMATION.**

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR types. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

To locate a dispute resolution program or neutral in your community:
- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, 1-800-852-5210
- Contact the Orange County Bar Association at (949) 440-6700
- Look in the Yellow Pages under "Arbitrators" or "Mediators"

Free mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA) For information regarding DRPA, contact:
- Institute for Conflict Management (714) 288-5600
- Community Service Programs, Inc. (949) 851-3168
- Orange County Human Relations (714) 834-7198
- Fair Housing Council of Orange County (714) 569-0827

For information on the Superior Court of California, County of Orange court ordered arbitration program, call (714) 834-3774 or refer to Local Rules 360 and 446.

The Orange County Superior Court is offering pilot programs for Civil Mediation and Early Neutral Evaluation (ENE) for civil cases filed at the Central Justice Center. For the Civil Mediation pilot program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session. For the ENE program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session. Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) pilot programs is available on the Court's website at www.occourts.org, or by calling (714) 834-5309.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address)*: | FOR COURT USE ONLY |
|---|---|
| Telephone No.:                    Fax No. (Optional): <br> E-Mail Address (Optional): <br> ATTORNEY FOR *(Name)*:                    Bar No: | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE <br> JUSTICE CENTER: <br> ☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045 <br> ☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512 <br> ☐ Harbor-Laguna Hills Facility – 23141 Moulton Pkwy., Laguna Hills, CA 92653-1251 <br> ☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595 <br> ☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500 <br> ☐ West – 8141 13th Street, Westminster, CA 92683-0500 | |
| PLAINTIFF/PETITIONER: <br><br> DEFENDANT/RESPONDENT: | |
| **ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION** | CASE NUMBER: |

Plaintiff(s)/Petitioner(s), _____

_____

and defendant(s)/respondent(s), _____

_____

agree to the following dispute resolution process:

☐ Mediation

☐ Arbitration (must specify code)
        ☐ Under section 1141.11 of the Code of Civil Procedure
        ☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

☐ Other (specify): _____

The ADR process must be completed no later than 90 days after the date of this Stipulation.

☐ Plaintiff(s)/Petitioner(s) and defendant(s)/respondent(s) further agree as follows:

_____

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court rule 3.720 et seq.

Date: _____

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: _____

_____
(SIGNATURE OF DEFENDANT OR ATTORNEY)

_____
(SIGNATURE OF DEFENDANT OR ATTORNEY)

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**

Approved for Optional Use
L1270 (Rev. February, 2008)

California Rules of Court, rule 3.221

**16**

## PROOF OF SERVICE
### CCP 1013A(3) (Revised 5/1/88)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 509 N. Sepulveda, Suite 101, Manhattan Beach, California 90266.

On June 26, 2008, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER U.S.C. §1441 (b) (DIVERSITY)** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Bruce B. Osterstrom
Bruce B. Osterstrom, A.P.C.
245 Fischer Avenue, Suite A-1
Costa Mesa, California  92626

**(X)    BY MAIL**

**(X)** As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than **1** day after date of deposit for mailing in affidavit.

**( )    BY FACSIMILE:**  The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service list and the transmission(s) reported as complete and without error.  The facsimile machine I used complied with the California Rules of Court, Rule 1006(d) and I printed a record of the transmission(s), a copy of which is attached to the original of this declaration.

**( )    BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

Executed on June 26, 2008, at Manhattan Beach, California.

( ) (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

KRISTINE DIANE DE ROSA

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| PACIFIC BUSINESS CAPITAL CORPORATION, a California corporation | LTU LUFTTRANSPORT-UNTERNEHMEN GmbH and DOES 1 THROUGH 20, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Bruce B. Osterstrom (SBN 97778)   Phone: (714) 241-1664<br>245 Fischer Avenue, Suite A-1   E-mail: bboapc@sbcglobal.net<br>Costa Mesa, California 92626 | O'HAGAN SPENCER LLP   Phone: (310) 374-8700<br>Julian G. Senior (SBN 219098)   E-mail: jsenior@ohaganspencer.com<br>509 N. Sepulveda Blvd., Suite 101<br>Manhattan Beach, CA 90266 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** 138,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☒ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

SACV08-713

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                             ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                             ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                             ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff - Orange County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Defendant - Federal Republic of Germany |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Unknown  *Orange County* | Unknown  *Orange County* |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   *6·24·08*

   **Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969.  (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

1

## PROOF OF SERVICE
### CCP 1013A(3) (Revised 5/1/88)

2

3    **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

4    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not
     a party to the within action; my business address is 509 N. Sepulveda, Suite 101, Manhattan
5    Beach, California 90266.

6    On June 26, 2008, I served the foregoing document described as **CIVIL COVER SHEET** on all
     interested parties in this action by placing a true copy thereof enclosed in sealed envelopes
7    addressed as follows:

8    Bruce B. Osterstrom
     Bruce B. Osterstrom, A.P.C.
9    245 Fischer Avenue, Suite A-1
10   Costa Mesa, California  92626

11   **(X)**    **BY MAIL**

12         **(X)** As follows:  I am "readily familiar" with the firm's practice of collection and processing
     correspondence for mailing.  Under the practice it would be deposited with U.S. postal service on
13   that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware
     that on motion of the party served, service is presumed invalid if postal cancellation date or
14   postage date is more than **1** day after date of deposit for mailing in affidavit.

15
     ( )    **BY FACSIMILE:**  The document(s) were transmitted by facsimile transmission to each
16   of the parties at the facsimile number(s) listed on the attached service list and the
     transmission(s) reported as complete and without error.  The facsimile machine I used complied
17   with the California Rules of Court, Rule 1006(d) and I printed a record of the transmission(s), a
     copy of which is attached to the original of this declaration.
18

19   ( )    **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

20   Executed on June 26, 2008, at Manhattan Beach, California.

21   ( ) (State)  I declare under penalty of perjury under the laws of the State of California that the
     above is true and correct.
22

23   (X) (Federal)  I declare that I am employed in the office of a member of the bar of this court at
     whose direction the service was made.

24

25

     KRISTINE DIANE DE ROSA

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY


This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## SACV08- 713 CJC (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.


All discovery related motions should be noticed on the calendar of the Magistrate Judge


==================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [X] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [ ] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |


Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY