# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BUSINESS CAPITAL CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>LTU LUFTTRANSPORT - UNTERNEHMEN, <u>et</u> <u>al</u>.,<br><br>          Defendants. | Case No. SA CV 08-0713 CJC (FMOx)<br><br>**ORDER TO SHOW CAUSE** |

On November 27, 2009, the court issued an Order directing plaintiff's counsel to "provide a declaration under penalty of perjury from Mr. Hittner's cardiologist setting forth the medical reasons why Mr. Hittner was not able to attend the settlement conference session on November 25, 2009." As of the date of this Order, the court has not received the declaration. Accordingly, IT IS ORDERED THAT:

    1.    No later than **5:00 p.m. on Monday, December 7, 2009,** plaintiff's counsel shall show cause why sanctions should not be imposed for failure to comply with the Court's Order of November 27, 2009. **Plaintiff's counsel shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. In particular, plaintiff's counsel's declaration must address why the declaration from plaintiff's cardiologist has not been filed. Filing of the declaration shall be a satisfactory response to the Order to Show Cause. However,**

**plaintiff's counsel is advised that a letter from plaintiff's doctor is not sufficient. The Court's Order of November 27, 2009, requires a declaration under penalty of perjury.**

2.  In the event the declaration is not filed by December 7, 2009, plaintiff shall pay sanctions to the court in the amount of five-hundred dollars ($500.00) per day for each day the declaration is late, which will be imposed retroactively to the original due date set forth in the Court's Order of November 27, 2009.

Dated this 3rd day of December, 2009.

                                                  /s/
                                    Fernando M. Olguin
                                 United States Magistrate Judge