FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Bruce B. Osterstrom [SBN 97778]
BRUCE B. OSTERSTROM, A.P.C.
245 Fischer Avenue, Suite A-1
Costa Mesa, California 92626
Telephone: (714) 241-1664
Facsimile: (714) 966-2490
Email: bboapc@sbcglobal.net

Attorneys for Plaintiff
PACIFIC BUSINESS CAPITAL CORPORATION

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BUSINESS CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LTU LUFTTRANSPORT - UNTERNEHMEN GmbH and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. SACV 08-713 CJC (FMOx)<br><br>**ORDER OF DISMISSAL** |

Upon reviewing the parties' Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this case be DISMISSED with prejudice. Each party will be responsible for their own attorney's fees and costs.

DATED: February 8, 2010

CORMAC J. CARNEY
United States District Judge